IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:13CR16 |
| | ) | |
| Plaintiff, | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| TODD TINGELHOFF, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the findings and recommendation made by Magistrate Judge Thomas D. Thalken (filing 23), and on the defendant's statement of objections (filing 25). Judge Thalken recommends that the defendant's motion to suppress (filing 14) be denied.

I have conducted a de novo review of the record. In particular, I have carefully reviewed Judge Thalken's careful explication of the facts and the law. (Filing 24 at CM/ECF pp. 40-44.) I find that inasmuch as the magistrate judge has fully, carefully, and correctly found the facts and applied the law, the findings and recommendation should be adopted, the statement of objections should be denied, and the motion to suppress should be denied.

IT IS ORDERED that:

1. the magistrate judge's findings and recommendation (filing 23) are adopted;

2. the defendant's statement of objections (filing 25) is denied; and

3. the defendant's motion to suppress (filing 14) is denied.

April 8, 2013.              BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge